UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESARROLLO URBANISTICO DEL PACIFICO, S.A. De C.V.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GENOMICS REFERENCE LABORATORY, US, LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants.<br><br>*(Caption Continued on Next Page)* | Case No.:15cv1729-JAH (MSB)<br><br>**ORDER LIFTING STAY** |

| | |
|---|---|
| GENOMICS REFERENCE LABORATORY US, LLC, | |
| Counterclaimant, | |
| and | |
| GENOMICS REFERENCE LABORATORY, S. De R.L. De C.V., | |
| Additional Counterclaimant | |
| v. | |
| DESARROLLO URBANISTICO DEL PACIFICO, S.A. De C.V., | |
| Counterclaim-Defendant | |
| and | |
| ALBERTO MAY ALVA, | |
| Additional Counterclaim-Defendant. | |

On October 18, 2017, this Court stayed the matter pending resolution of related litigation in Mexico. Doc. No. 37. On November 18, 2019, the Court ordered the Parties to file a status report regarding the status of the litigation in the courts in Mexico. *See* Doc. No. 42.

///
///
///
///

Plaintiff and Counterclaim Defendant Desarrollo Urbanistico Del Pacifico, S.A. De C.V. filed a response to the status report on December 16, 2019, stating the related litigation in Mexico has been resolved, and requesting the Court lift the stay in this matter. *See* Doc. No. 43. Defendant and Counterclaimant Genomics Reference Laboratory, US, LLC, has not filed a status report in response to the Court's November 18, 2019, Order. Accordingly, IT IS HEREBY ORDERED the stay of the proceedings is **LIFTED**.

**IT IS SO ORDERED.**

DATED: April 7, 2020

JOHN A. HOUSTON
United States District Judge