UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESARROLLO URBANISTICO DEL PACIFICO, S.A. De C.V., <br><br> Plaintiff, <br><br> v. <br><br> GENOMICS REFERENCE LABORATORY, US, LLC, a limited liability company; and DOES 1 through 100, inclusive <br><br> Defendants. <br><br> *(Caption Continued on Next Page)* | Case No.:15cv1729-JAH (MSB) <br><br> **ORDER RESETTING TELEPHONIC HEARING** |

1

|   |   |
|---|---|
| GENOMICS REFERENCE LABORATORY US, LLC | |
| Counterclaimant, | |
| and | |
| GENOMICS REFERENCE LABORATORY, S. De R.L. De C.V. | |
| Additional Counterclaimant | |
| v. | |
| DESARROLLO URBANISTICO DEL PACIFICO, S.A. De C.V., | |
| Counterclaim-Defendant | |
| and | |
| ALBERTO MAY ALVA | |
| Additional Counterclaim-Defendant. | |

On the Court's own motion, IT IS HEREBY ORDERED the motion hearing set for July 6, 2020, at 2:30 p.m., is **VACATED and RESET** for **July 6, 2020 at 3:30 p.m.** Chambers' staff will contact the Parties prior to the date of the hearing with further instructions relating to the telephone conference.

**IT IS SO ORDERED.**

DATED: July 2, 2020

_____
JOHN A. HOUSTON
United States District Judge