UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESARROLLO URBANISTICO DEL PACIFICO, S.A. De C.V.,<br><br>                    Plaintiff,<br><br>v.<br><br>GENOMICS REFERENCE LABORATORY, US, LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>                    Defendants.<br><br>*(Caption Continued on Next Page)* | Case No.:15cv1729-JAH (MSB)<br><br>**ORDER GRANTING MOTION OF RONALD D. TYM, ESQ. AND MICHAEL KOLODZI, ESQ. TO WITHDRAW AS COUNSEL TO DEFENDANTS/COUNTERCLAIMANTS (Doc. No. 49)** |

1

GENOMICS REFERENCE LABORATORY US, LLC,

              Counterclaimant,

and

GENOMICS REFERENCE LABORATORY, S. De R.L. De C.V.,

              Additional Counterclaimant

v.

DESARROLLO URBANISTICO DEL PACIFICO, S.A. De C.V.,

              Counter-Defendant

and

ALBERTO MAY ALVA,

              Additional Counter-Defendant.

On July 6, 2020, proceedings were held telephonically by Judge John A. Houston regarding the motion by Ronald D. Tym, Esq. and Michael Kolodzi, Esq. to withdraw as counsel to Defendant/Counterclaimant Genomics Reference Laboratory US, LLC and Counterclaimant Genomics Reference Laboratory S. DeR.L. De C.V. (the "Motion"). *See* Doc. No. 49 Participating by phone were Stephen McCue, Esq., counsel for Plaintiff/Counter-defendants, and Ronald D. Tym, Esq., counsel for Defendant/Counterclaimants.

Upon consideration of the moving papers, and discussions that occurred with counsel on the record during the proceedings, the Court hereby **GRANTS** the Motion to Withdraw upon satisfaction of the following conditions:

1. Counsel for Defendant/Counterclaimants shall serve notice upon Defendant/Counterclaimants by the following methods:

    a. Serve the notice upon Defendant/Counterclaimants;

    b. Leave a copy of the notice at the principal place(s) of business of Defendant/Counterclaimants;

    c. Email notice to the email address(es) previously used by such counsel to communicate with Defendant/Counterclaimants.

2. The notice shall consist of: (a) a letter from counsel setting forth the circumstances of such counsel's withdrawal; and (b) a copy of this Order.

3. Defendant/Counterclaimants may not represent themselves in this litigation.

4. Defendant/Counterclaimants shall have 30 (thirty) days from the date of service of the notice described above to obtain new counsel of record.

5. This Order shall become effective upon filing of the proofs of service of the notice upon the Defendant/Counterclaimants and a declaration setting forth the last know addresses and telephone numbers of Defendant/Counterclaimants.

6. Failure of new counsel for Defendant/Counterclaimants to appear of record within 30 (thirty) days of the date of receipt by Defendant/Counterclaimants of the notice described above may result in adverse dispositive action, as may be requested by Plaintiff.

**IT IS SO ORDERED.**

DATED: August 14, 2020

_____
JOHN A. HOUSTON
United States District Judge

3